UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:  DARRELL L. LUCY, MARY S. LUCY          Case No. **08-35549-DOT**
           Debtor(s)                                                                            Chapter 13

### ORDER APPROVING ATTORNEY COMPENSATION

The attorney for Debtors(s) filed an application for supplemental compensation stating that he is entitled to receive as supplemental compensation the amount of 300.00 for a motion to incur debt. There being no objection filed to the application for compensation in this matter to date in the amount of $300.00 and that the Chapter 13 trustee, **Carl M. Bates,** is authorized to pay an additional $300.00 to Richard J. Oulton from the next funds paid by or on behalf of the debtor to the Chapter 13 plan.

UNITED STATES BANKRUPTCY COURT

By_____
           Judge

Notice of Order Entered on Docket

_____

I ask for this:
/s/ Richard J. Oulton
Richard J. Oulton, VSB# 29640, Counsel for Debtor
111 Highland Ave.
Colonial Heights, VA 23058
Tel: (804)520-2428

Seen and agreed
/s/ Carl M. Bates
Carl M. Bates
P. O. Box 1819
Richmond, VA 3218-1819

Certification

I hereby certify that this Order has been endorsed by all necessary parties to this matter.

                                          /s/ Richard J. Oulton
                                          Richard J. Oulton

Please send a copy of this Order to:

**NAME AND ADDRESS OF TRUSTEES**

Carl M. Bates
P. O. Box 1819
Richmond, VA 3218-1819Certification